UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WALTER LEE CHANEY,**

    **Petitioner,**

**v.**                                        Case No.  8:02-cv-1651-T-30MSS

**MICHAEL W. MOORE, Secretary,**
**Florida Department of Corrections, et al.,**

    **Respondents.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that this case should be dismissed because Petitioner filed a successive petition for habeas relief without first having obtained the permission of the Eleventh Circuit Court of Appeals.  See 28 U.S.C. §2244(b)(3)(A).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2006.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2002\02-cv-1651.dismissal.wpd